**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-581-MOC-DCK**

| | |
|---|---|
| **BOBBY JO ROSINBAUM, and**<br>**MORGAN WILLIAM ROBERT,** )<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **FLOWERS FOODS, INC., and**<br>**FRANKLIN BAKING CO., LLC,** )<br>)<br>) | |
| **Defendants.** ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Ann Groninger, concerning Rachel A. Kitze Collins on December 14, 2015. Ms. Collins seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED**. Ms. Collins is hereby admitted *pro hac vice* to represent Plaintiffs.

      **SO ORDERED**.

Signed: December 15, 2015

David C. Keesler
United States Magistrate Judge