## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-581-MOC-DCK

| | | |
|---|---|---|
| **BOBBY JO ROSINBAUM, and** | ) | |
| **MORGAN WILLIAM ROBERT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FLOWERS FOODS, INC., and** | ) | |
| **FRANKLIN BAKING CO., LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) filed by Lia A. Lesner, concerning Michael J. Murphy on March 8, 2016. Mr. Michael J. Murphy seeks to appear as counsel *pro hac vice* for Defendants Flowers Foods, Inc. and Franklin Baking Company, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 24) is **GRANTED**. Michael J. Murphy is hereby admitted *pro hac vice* to represent Defendants Flowers Foods, Inc. and Franklin Baking Company, LLC.

       **SO ORDERED**.

Signed: March 8, 2016

David C. Keesler
United States Magistrate Judge