# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-581-MOC-DCK

| | |
|---|---|
| BOBBY JO ROSINBAUM, and MORGAN WILLIAM ROBERT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| FLOWERS FOODS, INC., and FRANKLIN BAKING CO., LLC, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 25) filed by Lia A. Lesner, concerning Christopher E. Humber on March 8, 2016. Mr. Christopher E. Humber seeks to appear as counsel *pro hac vice* for Defendants Flowers Foods, Inc. and Franklin Baking Company, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 25) is **GRANTED**. Christopher E. Humber is hereby admitted *pro hac vice* to represent Defendants Flowers Foods, Inc. and Franklin Baking Company, LLC.

**SO ORDERED**.

Signed: March 8, 2016

_____
David C. Keesler
United States Magistrate Judge