IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-581-MOC-DCK

| | |
|---|---|
| BOBBY JO ROSINBAUM, and MORGAN WILLIAM ROBERT, <br><br> Plaintiffs, <br><br> v. <br><br> FLOWERS FOODS, INC., and FRANKLIN BAKING CO., LLC, <br><br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) filed by Ann Groninger, concerning David M. Cialkowski on March 12, 2016. Mr. David M. Cialkowski seeks to appear as counsel *pro hac vice* for all Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) is **GRANTED**. David M. Cialkowski is hereby admitted *pro hac vice* to represent all Plaintiffs.

**SO ORDERED**.

Signed: March 14, 2016

David C. Keesler
United States Magistrate Judge